[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 23, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-11925

_____

D. C. Docket No. 05-01881-CV-CC-1

LOWELL UMBARGER,

Plaintiff-Appellant,

versus

STATE OF GEORGIA DEPARTMENT OF REVENUE,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(January 23, 2008)**

Before HULL and PRYOR, Circuit Judges, and MOORE,[*] District Judge.

PER CURIAM:

_____

[*] Honorable K. Michael Moore, U.S. District Judge for the Southern District of Florida, sitting by designation.

After review and oral argument, we conclude that Appellant, Lowell Umbarger, has not shown any reversible error in the order of the district court dated March 30, 2007.  Thus, we affirm this order of the district court.

**AFFIRMED**.